IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 10-159-2 |
| STEPAN BOTSVYNVYUK | : | |
| | : | |

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 12th day of October, 2011, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: <u>Count 4</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.

cc:   U.S. Marshal
       Probation Office
       Counsel

 10/13/11      MCS
   Date       By Whom

Cr 1 (8/80)