IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 10-159-1 |
| | : | |
| OMELYAN BOTSVYNYUK | : | |
| | : | |

**O R D E R**

**AND NOW**, this 16th day of July, 2012, it is hereby **ORDERED** that Defendant's Motion to Dismiss Indictment or Motion in Arrest of Judgment / Motion for Judgment of Acquittal *(Doc. No. 223)* is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
―――――――――――――――
Paul S. Diamond, J.