IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 10 - 0159 - 02 |
| STEPAN BOTSVYNYUK | : |

## NOTICE OF APPEAL

    COMES NOW, Stepan Botsvynyuk, by and through his court-appointed attorney, Jeremy H.G. Ibrahim, Esquire and respectfully files a Notice of Appeal on the above captioned case.

    1.  Stepan Botsvynyuk was found guilty on counts one by a jury. On July 17, 2012 Stepan Botsvynyuk was sentenced by the Honorable Paul S. Diamond, Judge in the United States District Court for the Eastern District of Pennsylvania, on the above captioned case.

    2.  Stepan Botsvynyuk hereby appeals to the United States Court of Appeals for the Third Circuit.

    3.  Stepan Botsvynyuk is indigent and unable to provide funds necessary to secure an attorney for preparation of his appeal to the Third Circuit and humbly prays that counsel be appointed to prepare and file his appeal.

Respectfully submitted,

  /s/
JEREMY H.G. IBRAHIM, ESQUIRE

DATE: July 23rd 2012